JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| Roger Coffelt, Jr.,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>The Kroger Co., et al.,<br><br>　　　　　　　Defendants. | Case No. EDCV 16-01471 JGB (KKx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed concurrent herewith, the Motion for Summary Judgment by Defendants The Kroger Co. and Pictsweet Co., which CRF Frozen Foods, LLC joined, is GRANTED. Plaintiff Roger Coffelt, Jr.'s First Amended Complaint against Defendants is DISMISSED.

Judgment is entered in favor of Defendants.

Dated: August 17, 2018

THE HONORABLE JESUS G. BERNAL
United States District Judge